UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14 CR 152 RWS |
| ) | |
| DOUG SLOAN and ) | |
| CHARLES WOLFE, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Defendants Doug Sloan and Charles Wolfe are charged with multiple conspiracies involving the alleged illegal manufacture, sale, and distribution of analogue or synthetic substances and other related violations. On October 8, 2015, Sloan and Wolfe filed a motion to "Dismiss Count I of the Indictment on the Grounds that the Indictment Fails to State an Offense and that 21 U.S.C. 813 and 21 U.S.C. 802(32)(A) are Unconstitutionally Vague as Applied to Defendants or, in the Alternative, to Strike Certain Substances for the Indictment." On the same date Sloan and Wolfe also filed a separate motion to dismiss the indictment as unconstitutionally void for vagueness and another motion to dismiss Count I of the indictment.

On September 23, 2016, United States Magistrate Judge Noelle C. Collins reviewed these motions and filed a report and recommendation that these motions be denied. On October 28, 2016, Sloan and Wolfe filed objections to Judge

Collins' report. Plaintiff United States filed a response to the objections on November 2, 2016.

I have performed a de novo review of Sloan and Wolfe's motions and the related briefs. I agree with Judge Collins recommendation that these motions should be denied for the reasons stated in her report.

Accordingly,

**IT IS HEREBY ORDERED that** I hereby adopt and incorporate Judge Noelle C. Collins' report and recommendation dated September 23, 2016.

**IT IS FURTHER ORDERED that** Defendant Doug Sloan and Charles Wolfe's motions to dismiss [370, 373, and 374] are **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2016.